IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02887-RPM

JOSH HOFFMAN,

    Plaintiff,

v.

UNIFIED PORTFOLIO SERVICING, LLC,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

On November 18, 2013, plaintiff's counsel filed a notice of settlement informing that he anticipated filing a notice of withdrawal of the complaint and voluntary dismissal of this action within 30 days. Nothing further has been filed in this matter and it is therefore

ORDERED that counsel shall file status report on or before January 30, 2014.

DATED: January 22nd, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge